**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Howard WELSH, Defendant— Appellant.**

**No. 11–7048.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 20, 2011.

Howard Welsh, Appellant Pro Se. Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Welsh appeals the district court's order denying his motion for clarification and modification of his restitution judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Welsh,* No. 2:04–cr–00148–RBS–TEM–1 (E.D.Va. July 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*